NOT FOR PUBLICATION IN WEST'S HAWAIʻI REPORTS AND PACIFIC REPORTER

**Electronically Filed**
**Intermediate Court of Appeals**
**CAAP-18-0000385**
**28-JUN-2019**
**09:00 AM**

NO. CAAP-18-0000385

IN THE INTERMEDIATE COURT OF APPEALS

OF THE STATE OF HAWAIʻI

RALPH L. BOSSART and MARILYN JEAN BOSSART,
Plaintiffs-Appellants, v. JPMORGAN CHASE BANK, N.A.,
successor by merger to CHASE HOME FINANCE LLC;
FEDERAL NATIONAL MORTGAGE ASSOCIATION;
DIANNE ELAINE BLOMQUIST; QUICKEN LOANS, INC.;
MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.;
and DOE DEFENDANTS, Defendants-Appellees

APPEAL FROM THE CIRCUIT COURT OF THE FIFTH CIRCUIT
(CIVIL NO. 17-1-0054)

ORDER APPROVING STIPULATION TO DISMISS APPEAL
(By:  Reifurth, Presiding Judge, Chan and Hiraoka, JJ.)

Upon consideration of the Stipulation for Complete
Dismissal of Appeal With Prejudice as to All Claims and Parties,
filed June 25, 2019, by Defendants-Appellees JPMorgan Chase Bank
and Federal National Mortgage Association, the papers in support,
and the record, it appears that (1) the appeal has not been
docketed; (2) the parties stipulate to dismiss the appeal with
prejudice and bear their own attorneys' fees and costs; (3) the
stipulation is signed by counsel for all parties appearing in the
appeal; and (4) dismissal is authorized by Hawaiʻi Rules of
Appellate Procedure Rule 42(a).

Therefore, IT IS HEREBY ORDERED that the stipulation to
dismiss the appeal with prejudice is approved and the appeal is

dismissed with prejudice. The parties shall bear their own attorneys' fees and costs.

DATED: Honolulu, Hawai'i, June 28, 2019.


Presiding Judge


Associate Judge


Associate Judge